IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| MESSER FINANCIAL GROUP INC., <br><br> Plaintiff, <br><br> v. <br><br> MAESTRO HEALTH, LLC f/k/a Maestro Health, Inc. and Marpai, Inc., <br><br> Defendants. | **Civil Action No. 3:25-cv-150** <br><br> Formerly Civil Action No. 25CV004975-590 <br> State of North Carolina <br> County of Mecklenburg <br> General Court of Justice <br> Superior Court Division |

## NOTICE OF REMOVAL FROM STATE COURT

Defendants MAESTRO HEALTH, LLC f/k/a/ MAESTRO HEALTH, INC. ("Maestro") and MARPAI, INC. ("Marpai") (Maestro and Marpai are referred to herein collectively as "Defendants") by and through the undersigned counsel, hereby remove the above-captioned action to this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446. As grounds for removal, Defendant states the following:

1. Plaintiff commenced a civil action against Defendants which is now pending in the State of North Carolina, County of Mecklenburg General Court of Justice, Superior Court Division. The case is styled as *MESSER FINANCIAL GROUP INC. v. MAESTRO HEALTH, LLC f/k/a/ MAESTRO HEALTH, INC. and MARPAI, INC.,* Civil Action No. 25CV004975-590 (the "State Case").

2. The State Case is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a) in that: (1) it is a complaint for breach of contract and the matter

in controversy exceeds the sum of seventy-five thousand dollars ($75,000.00), exclusive of interest and costs and (2) it is now, and was at the time of its commencement, a dispute between citizens of different states.

3. The United States District Court for the Western District of North Carolina is the federal judicial district embracing the North Carolina State Court in the County of Mecklenburg (see 28 U.S.C. § 113(c)). Venue, therefore, is proper in this District under 28 U.S.C. § 1441(a).

4. Plaintiff is now, and was at the time of the commencement of the State Case, incorporated in North Carolina with its principal place of business in Mecklenburg County, North Carolina.

5. Defendant Marpai is now, and was at the time of commencement of the State Case, incorporated in Delaware with its principal place of business in Florida.

6. Defendant Maestro now has, and had at the time of commencement of the State Case, only one member, Defendant Marpai, which entity is incorporated in Delaware with its principal place of business in Florida

7. Diversity exists in this case, because the Plaintiff and Defendants are not citizens of the same state.

8. Pursuant to 28 U.S.C § 1446(a), Defendants attach a copy of all process, pleadings, and orders received by them in the State Case to date, which consist of the General Civil Action Cover Sheet, Civil Summons, and Complaint (a copy of which was delivered to Defendants on January 30, 2025, and copies of which was served upon Defendants via FedEx on January 30, 2025). The Complaint was the first pleading received by Defendants setting forth the claims for relief upon which this action is based. The Civil Summons and Complaint are attached hereto and incorporated herein by reference as **Exhibits 1 and 2.**

9. The time for Defendants to answer or otherwise move with respect to the Complaint has not expired, and this Notice of Removal is timely filed within 30 days of receipt of the Summons and Complaint.

10. Pursuant to 28 U.S.C. § 1446(d), the undersigned counsel certifies that a copy of the original Notice of Removal from State Court is being served promptly on Plaintiff and filed with the Clerk of the Mecklenburg County General Court of Justice, Superior Court Division, a copy of the Notice being filed with Mecklenburg County is attached hereto as **Exhibit 3**.

WHEREFORE, Defendants hereby gives notice that *MESSER FINANCIAL GROUP INC. v. MAESTRO HEALTH, LLC f/k/a/ MAESTRO HEALTH, INC. and MARPAI, INC.*, Civil Action No. 25CV004975-590 is removed from the Mecklenburg County General Court of Justice, Superior Court Division to this Court for trial and determination.

This the 28th day of February 2025.

**OFFIT KURMAN, P.A.**

*/s/ Robert B. McNeill*
Robert B. McNeill
NC State Bar No. 13038
E. Garrison White
NC State Bar No. 55301
227 West Trade Street, Suite 650
Charlotte, NC 28202
Telephone: 704/377-2500
Email: Robert.McNeill@offitkurman.com
Email: Garrison.White@offitkurman.com
*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

      I hereby certify that service of the foregoing **NOTICE OF REMOVAL FROM STATE COURT** was this date had upon the counsel herein by the CM/ECF system and/or by electronic mail as follows:

Jeffrey E. Oleynik
Pearson G. Cost
Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P.
P.O. Box 26000
Greensboro, North Carolina 27420
Email: joleynik@brookspierce.com
Email: pcost@brookspierce.com
*Attorneys for Plaintiff*

      This the 28th day of February 2025.

                        */s/ Robert B. McNeill*
                        Robert B. McNeill
                        *Attorney for Defendants*